```
                                        FILED
                                      April 4, 2006
                                 CLERK, US DISTRICT COURT
                                  EASTERN DISTRICT OF
                                      CALIFORNIA
                                      DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>v.                            )<br>                              )<br>John Carmichael,             )<br>                              )<br>                              )<br>_____ )<br>            Defendant. | Case No. 2:06-cr-126 WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Carmichael Case No. 2:06-cr-126 WBS

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     _    Release on Personal Recognizance

     _    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond

     _    Appearance Bond with 10% Deposit

     _    Appearance Bond secured by Real Property

     _    Corporate Surety Bail Bond

     X    (Other) residential treatment program; PTS conditions/supervision

Issued at  Sacramento, CA  on 4/4/06       at  10 a.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge