DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Brian Chan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JONATHAN CARMICHAEL and<br>BRIAN CHAN<br><br>            Defendants. | No. CR S-06-126 WBS<br><br>**STIPULATION AND ORDER**<br><br>Date: May 24, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Ellen Endrizzi, and defendant Brian Chan, by his counsel, Ned Smock, and defendant Jonathan Carmichael, by his counsel, Mark Reichel, hereby stipulate and agree that the status conference now scheduled for May 10, 2006 at 9:00 AM be vacated and a new date of May 24, 2006 at 9:00 AM be set for status.

Both defense counsel are engaged in ongoing investigation.  In addition, the government has indicated that it will be providing proposed plea agreements to both counsel.  Once those proposed agreements are provided, defense counsel will need time to review them

1

with their clients.

It is stipulated that the period from May 10, 2006 until May 24, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED:  May 9, 2006             /s/ Ellen Endrizzi
                                ELLEN ENDRIZZI
                                Assistant U. S. Attorney



DATED:  May 9, 2006             /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                BRIAN CHAN


DATED:  May 9, 2006             /s/ Mark Reichel
                                MARK REICHEL
                                Attorney for Defendant
                                JONATHAN CARMICHAEL
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.


DATED: May 10, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2